IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH   DIVISION

DAVID LEWIS

                                                                PLAINTIFF

V.                         Civil No. 13-2200

REVENUE MANAGEMENT
CONSULTING GROUP, LLC                                   DEFENDANT

### CLERK'S ORDER OF DISMISSAL

  Now on this 5TH day of February, 2014,  comes the Plaintiff's  Notice of Voluntary Dismissal, WITHOUT PREJUDICE and without costs to any party.

  Pursuant to Rule 41(a)(1)(A)(ii),  Federal Rules of Civil Procedure, the claims are hereby dismissed.


Dated: February 5, 2014              AT THE DIRECTION OF THE COURT

                                              CHRISTOPHER R. JOHNSON, CLERK

                                              BY :   /s/ Sallie Hicks, Deputy Clerk